IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. SCOTT STOKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:21-cv-04643-JPB |
| YOUR EXTRA ATTIC, | ) |
| WINDWARD, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff K. Scott Stokes and Defendant Your Extra Attic, Windward, LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: July 11, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Robert A. Luskin
Robert A. Luskin
Georgia Bar No. 004383
Chartwell Law
5051 Peachtree Corners Circle, Unit 200
Norcross, Georgia 30092
Tel: (470) 397-0950
Fax: (850) 668-7972
Rluskin@chartwelllaw.com

## CERTIFICATE OF SERVICE

I certify that on July 11, 2022, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Robert A. Luskin, Esq.
Chartwell Law
5051 Peachtree Corners Circle, Unit 200
Norcross, Georgia 30092
Rluskin@chartwelllaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich